```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA                            :
                                                    :
          -v-                                       :
                                                    :    06 Cr. 1197 (JPC)
JAMES DERMOT MCGONNELL,                             :
                                                    :          ORDER
                              Defendant.            :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of the Government's motion for a Preliminary Order of Forfeiture as to Substitute Assets. Dkt. 51. Should Defendant wish to oppose the motion, he must file an opposition by May 12, 2023. The Government is further ordered to serve copies of this Order by overnight mail to the properties it has identified as being owned by Defendant and to any other address at which it believes Defendant may reside, and to file proof of service on the docket by the date two days after the date of this Order.

      SO ORDERED.

Dated: April 17, 2023  
       New York, New York

                                                        JOHN P. CRONAN  
                                                 United States District Judge