THE LAW OFFICE OF
NIALL MACGIOLLABHUÍ

171 Madison Avenue, Suite 305
New York, New York 10016
T: 646-850-7516
F: 347-620-1395
niallmacg@macglaw.com

May 11, 2023

**VIA ECF**

Hon. John P. Cronan
United States District Court
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    **United States v. James Dermot McGonnell**
                  **Docket No. 06 Cr. 1197 (JPC)**

Dear Judge Cronan:

      I represent Defendant in the above matter and write to request a 30-day extension of Defendant's time to oppose the government's pending motion for a Preliminary Order of Forfeiture as to Substitute Assets. Dkt. 51.  Defendant's opposition is presently due on May 12, 2023. Dkt. 54.  The reason for this request is that the parties are endeavoring to resolve the issues raised by the motion, an effort that includes the sale of one of the two properties specified therein (the other property is my client's family home) and the deposit of Defendant's share of the net proceeds in escrow, as detailed in the Stipulation recently so-ordered by the Court. Dkt. 56.  The government consents to this request.

      I thank the Court for its attention to this matter.

      Respectfully,

      *Niall MacGiollabhuí*
      Niall MacGiollabhuí

cc: AUSA Tara LaMorte

The request is granted.  Mr. McGonnell shall oppose the motion by June 12, 2023.

SO ORDERED
Date: May 12, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge